KEKER, VAN NEST & PETERS LLP
ERIN E. MEYER - # 274244
emeyer@keker.com
JONHATAN A. ARAGON - # 338756
jaragon@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Petitioner Paula Sofia Ramirez Clavijo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Paula Sofia Ramirez Clavijo,<br><br>    Petitioner,<br><br>    v.<br><br>POLLY KAISER, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security, PAMELA BONDI, Attorney General of the United States, acting in their official capacities,<br><br>    Respondents. | Case No. 3:25-cv-06248<br><br>**DECLARATION OF ERIN E. MEYER**<br><br>Date Filed: July 25, 2025 |

I, Erin E. Meyer, declare as follows:

1. I am an attorney licensed to practice law in the State of California, am a partner in the law firm of Keker, Van Nest & Peters LLP, and am counsel for Petitioner in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could do so competently under oath.

2. I submit this declaration pursuant to Civil L.R. 65-1(b).

3. On July 24, 2025, at around 11:00 a.m., Fredy Garcia Ramirez Clavijo came to the lobby of my law office and spoke to our receptionist using a translation app on his phone, as he speaks only Spanish. The receptionist contacted me, and I came to the lobby to speak to Mr. Ramirez Clavijo.

4. Mr. Ramirez Clavijo informed me that his sister, Paula Sofia Ramirez Clavijo, had entered the building at 630 Sansome Street in San Francisco, California to appear for her first Master Calendar hearing with the San Francisco Immigration Court. He informed me that he had received text messages from his sister indicating that she was being detained by Immigration and Customs Enforcement ("ICE") officers upon existing her master calendar hearing, a routine hearing in immigration court. He further informed me that his sister's phone was then turned off, meaning that he was no longer able to contact her. He came to my law office because we are located approximately one block from 630 Sansome Street in San Francisco, California.

5. I further understand from Mr. Ramirez Clavijo that his sister has lived in California since late 2023. Mr. Ramirez Clavijo informed me that his sister filed an application for asylum, withholding of removal, and protection under the Convention Against Torture in February 2025.

6. I understand that while in detention on July 24, 2025 at approximately 5:45 p.m., Ms. Ramirez Clavijo met with a pro bono attorney from Pangea Legal Services named Jessica Yamane Moraga. At the time of that meeting, in the afternoon of July 24, 2025, I understand that Ms. Ramirez Clavijo was being held at 630 Sansome in San Francisco, California. I further understand that Ms. Yamane Moraga filed a G-28 for Ms. Ramirez Clavijo and emailed ICE with

a copy of a bond hearing request for Ms. Ramirez Clavijo. I am not aware of any response to this email.

7. Ms. Ramirez Clavijo has retained my firm as pro bono counsel to handle the instant habeas petition and related proceedings. Along with my colleague, Jonhatan Aragon, I promptly completed a G-28, Notice of Entry of Appearance before the Department of Homeland Security, and submitted it to ICE in connection with a request for an attorney call.

8. At approximately 8:30 a.m. on July 25, 2025, my colleague Jonhatan Aragon spoke to ICE officers at 630 Sansome Street, provided them with physical copies of our G-28s, and notified them that we are representing Ms. Ramirez Clavijo. Mr. Aragon then met with Ms. Ramirez Clavijo at 630 Sansome Street, in San Francisco, California, for approximately one hour.

9. I understand that Mr. Aragon was told by the ICE agents that detained persons at 630 Sansome would be transferred to other facilities at some point today, July 25, 2025. I do not presently know if Ms. Ramirez Clavijo remains at 630 Sansome Street or if she has been transferred to another detention facility.[1]

10. I followed up with another email to ICE at SanFrancisco.Outreach@ice.dhs.gov at 11:54 a.m. on July 25, 2025, attaching a copy of the filed habeas petition and asking that Petitioner not be transferred out of this District.

11. At 10:33 a.m. on July 25, 2025, I left a voicemail for Pamela Johann, Civil Chief of the San Francisco office of the U.S. Attorney for the Northern District of California. Through my voicemail, I informed Ms. Johann that I would be imminently filing a habeas corpus petition and would be effecting formal service.

12. At 11:22 a.m. on July 25, 2025, Ms. Johann responded to my voicemail with a phone call, and we spoke for approximately ten minutes. I again informed Ms. Johann that we were imminently filing a habeas petition and would follow up with a TRO motion. I gave Ms. Johann all of the information she requested regarding Petitioner's identity and the circumstances of her detention. I followed up with an email at 11:31 a.m. attaching the filed habeas petition and

---

[1] A search for Petitioner on ICE's detainee locator website (https://locator.ice.gov/odls/#/search) reflects that she is "in ICE custody", but next to "current detention facility" it simply instructs "call field office".

notifying Ms. Johann that a motion for temporary restraining order would be forthcoming. I asked Ms. Johann if the government would stipulate to the immediate release of Petitioner in lieu of motion practice. As of the time of filing of this declaration, I have not received a response to that request.

13.  At 12:45 p.m. on July 25, 2025, I emailed Ms. Johann a copy of the final TRO motion stating it would be filed imminently. As of this filing, I have received no response.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 25, 2025, in San Francisco, California.

_____
Erin E. Meyer