1  KEKER, VAN NEST & PETERS LLP
   ERIN E. MEYER - # 274244
2  emeyer@keker.com
   JONHATAN A. ARAGON - # 338756
3  jaragon@keker.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
5  Facsimile:     415 397 7188

6  Attorneys for Petitioner Paula Sofia Ramirez Clavijo

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION

| Paula Sofia Ramirez Clavijo, | Case No. 3:25-cv-6248 |
|---|---|
| Petitioner, | **DECLARATION OF FREDY JAVIER RAMIREZ CLAVIJO** |
| v. | |
| POLLY KAISER, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security, PAMELA BONDI, Attorney General of the United States, acting in their official capacities, | Date Filed: July 25, 2025 |
| Respondents. | |

I, Fredy Javier Ramirez Clavijo, declare as follows:

1. I am the brother of Petitioner Paula Sofia Ramirez Clavijo. I make this declaration in support of her habeas petition and motion for temporary restraining order and preliminary injunction. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently to the same under oath.

2. My sister is 33 years old. She fled Colombia due to serious persecution and has sought asylum in the United States.

3. After entering the United States, my sister was briefly detained by federal immigration authorities near the border. However, they released her without bond and with a notice to appear in immigration court.

4. My sister has lived in California for nearly two years. For most of that time, she has lived with me in the Sunnyvale area. She has worked to build a stable life in the San Francisco Bay Area.

5. My sister has no criminal history anywhere in the world. Since entering the United States, she has followed all government instructions and complied with every requirement placed on her. She was never required to wear an ankle monitor or submit to any form of intensive supervision. She updated immigration authorities with her current address, as requested.

6. My sister filed for asylum, withholding of removal, and protection under the Convention Against Torture in February 2025. She has only had one immigration court hearing on July 24, 2025.

7. On July 24, 2025, my sister went to her scheduled immigration court hearing at the San Francisco Immigration Court, located at 630 Sansome Street in San Francisco, California. After the hearing, she sent me a text message saying that she was being detained. That was the last communication I received from her before her phone was turned off, which I understand was done by immigration agents who confiscated the phone.

8. After receiving my sister's text, I went to the office of the law firm Keker, Van Nest & Peters LLP to ask for legal assistance on my sister's behalf.

9. My sister suffers from serious anxiety and depression. She is also a survivor of sexual assault. These mental health conditions have caused her significant stress, and I have personally witnessed her struggle with the emotional and psychological impact of her past trauma.

10. As a result of the stress caused by her mental health conditions, my sister developed alopecia, a medical condition that causes substantial hair loss. She wears a wig to help manage the anxiety that is made worse by her appearance and by the condition itself.

11. Since her arrest and detention, my sister's mental health has significantly worsened. She was already in a vulnerable state, but her sudden and unexpected detention has clearly exacerbated her symptoms. Based on my phone call with her on July 24, 2025, I believe that she is in serious emotional distress.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 25, 2025, in Sunnyvale, California.

_Fredy Javier Ramírez Clavijo (Jul 25, 2025 13:46:20 PDT)_
Fredy Javier Ramirez Clavijo

I, Jonhatan A. Aragon, declare under penalty of perjury that I am competent to interpret between English and Spanish, and I read the foregoing declaration to Fredy Javier Ramirez Clavijo in the Spanish language, and he affirmed its contents to be true.

Jonhatan A. Aragon

# Declaration of Fredy Javier Ramirez Clavijo

Final Audit Report                                                                                          2025-07-25

| | |
|---|---|
| Created: | 2025-07-25 |
| By: | Sandy Giminez (SGiminez@keker.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAtFmHvRGwKnxKZXQLRNk-y-QrVRKi3jfM |

## "Declaration of Fredy Javier Ramirez Clavijo" History

- Document created by Sandy Giminez (SGiminez@keker.com)
  2025-07-25 - 8:40:30 PM GMT

- Document emailed to fredyramirez2804@gmail.com for signature
  2025-07-25 - 8:40:46 PM GMT

- Email viewed by fredyramirez2804@gmail.com
  2025-07-25 - 8:41:26 PM GMT

- Signer fredyramirez2804@gmail.com entered name at signing as Fredy Javier Ramírez Clavijo
  2025-07-25 - 8:46:18 PM GMT

- Document e-signed by Fredy Javier Ramírez Clavijo (fredyramirez2804@gmail.com)
  Signature Date: 2025-07-25 - 8:46:20 PM GMT - Time Source: server

- Agreement completed.
  2025-07-25 - 8:46:20 PM GMT

KEKER VAN NEST & PETERS    Powered by Adobe Acrobat Sign