KEKER, VAN NEST & PETERS LLP
ERIN E. MEYER - # 274244
emeyer@keker.com
JONHATAN A. ARAGON - # 338756
jaragon@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Petitioner Paula Sofia Ramirez Clavijo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Paula Sofia Ramirez Clavijo,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>POLLY KAISER, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security, PAMELA BONDI, Attorney General of the United States, acting in their official capacities,<br><br>　　　　　Respondents. | Case No. 3:25-cv-06248<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Date Filed: July 25, 2025<br><br>Trial Date: Not set |

**[PROPOSED] ORDER**

Upon review of Petitioner's Ex Parte Motion for Temporary Restraining Order, and any response filed by Respondents, the application is **GRANTED.** Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Civil L.R. 65-1, the Court orders as follows:

**TEMPORARY RESTRAINING ORDER**

The Court concludes that Petitioner has met her burden of showing: (1) likelihood of success on the merits of the claim that Petitioner's arrest and detention violate the Due Process Clause of the Fifth Amendment; (2) Petitioner is irreparably harmed by her ongoing, unlawful detention in Respondents' custody; (3) the balance of equities weigh in Petitioner's favor; and (4) the public interest favors granting the application. Accordingly, a temporary restraining order pursuant to Federal Rule of Civil Procedure 65 and the inherent equitable powers of this Court is warranted.

It is hereby ORDERED that Respondents are ENJOINED as follows:

1. Respondents must immediately release Petitioner from custody pending these proceedings and may not re-detain her pending further order of this Court. No bond or electronic monitoring shall be required.

2. [*In the alternative*] Respondents must immediately release Petitioner from custody and, within 14 days, schedule a pre-deprivation bond hearing before the San Francisco Immigration Court. Petitioner shall not be detained unless Respondents demonstrate, by clear and convincing evidence, that Petitioner is a flight risk or danger to the community such that her physical custody is required.

3. Respondents are enjoined from transferring Petitioner out of this District or deporting her pending these habeas proceedings. No security shall be required.

//
//
//
//
//

**ORDER TO SHOW CAUSE**

Respondents are ordered to show cause before this Court why a preliminary injunction should not issue requiring Respondents to abide by the injunctions ordered herein. The hearing on the order to show cause will be held on _____ at _____. Respondents shall file responsive papers on _____.

Petitioner is ordered to serve this Temporary Restraining Order and Order to Show Cause and all supporting pleadings and papers on Respondents by _____.

Respondents are hereby notified of their right to apply to the Court for modification or dissolution of the Temporary Restraining Order on two (2) days' notice or such shorter notice as the Court may allow. Fed. R. Civ. P. 65(b).

**IT IS SO ORDERED.**

Dated: _____                    _____
                                             JUDGE OF THE DISTRICT COURT