KEKER, VAN NEST & PETERS LLP
ERIN E. MEYER - # 274244
emeyer@keker.com
JONHATAN A. ARAGON - # 338756
jaragon@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Petitioner Paula Sofia Ramirez Clavijo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Paula Sofia Ramirez Clavijo,<br><br>       Petitioner,<br><br>       v.<br><br>POLLY KAISER, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security, PAMELA BONDI, Attorney General of the United States, acting in their official capacities,<br><br>       Respondents. | Case No. 3:25-cv-06248<br><br>**SUPPLEMENTAL DECLARATION OF ERIN E. MEYER IN SUPPORT OF EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date Filed:  July 25, 2025 |

SUPPLEMENTAL DECLARATION OF ERIN E. MEYER IN SUPPORT OF EX PARTE MOTION FOR
TEMPORARY RESTRAINING ORDER
Case No. 3:25-cv-06248

3016176

I, Erin E. Meyer, declare as follows:

1. I am an attorney licensed to practice law in the State of California, am a partner in the law firm of Keker, Van Nest & Peters LLP, and am counsel for Petitioner in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could do so competently under oath.

2. At approximately 2:00 p.m. on July 25, 2025, I submitted a declaration in support of Petitioner's *Ex Parte* Motion for Temporary Restraining Order. *See* ECF No. 3.

3. Almost immediately after this declaration was filed, I received a call from Petitioner's brother. He reported that Petitioner had called her partner and stated that she had been transferred from the 630 Sansome Street building in San Francisco, CA to an airport. I do not know which airport the Petitioner was referencing.

4. Petitioner went on to explain that ICE would be imminently putting her on a flight to Hawaii.

5. My office immediately attempted to contact the San Francisco Field Office for ICE by phone, but was unable to reach anyone.

6. I called the Civil Chief of the United States Attorney's Office for the Northern District of California, Pamela Johann, at 2:05 p.m. I told Ms. Johann about ICE's plans to put Petitioner on a flight to Hawaii, and asked her to intervene in light of the pending habeas petition and motion for TRO. Ms. Johann informed me that she would make some calls and respond to me with more information. She also indicated that ICE was likely moving Petitioner because there is "no detention space in San Francisco." As of the time of this filing (shortly after my call with Ms. Johann), I have not received any further communication from the U.S. Attorney's Office.

7. As a result of ICE's intent to imminently remove Petitioner from this District, undersigned counsel respectfully requests that the Court hold a hearing on the TRO motion at the earliest possible time, or alternatively rule on the motion without hearing.

//

//

//

1

SUPPLEMENTAL DECLARATION OF ERIN E. MEYER IN SUPPORT OF EX PARTE MOTION FOR
TEMPORARY RESTRAINING ORDER
Case No. 3:25-cv-06248

3016176

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 25, 2025, in San Francisco, California.

_____
Erin E. Meyer