AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

|  |  |  |
|---|---|---|
| Paula Sofia RAMIREZ CLAVIJO *Plaintiff(s)* v. Polly KAISER, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; Todd LYONS, Acting Director of United States Immigration and Customs Enforcement; Kristi NOEM, Secretary of the United States Department of Homeland Security; Pamela BONDI, Attorney General of the United States, acting in their official capacities *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:25-cv-06248-BLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
See attachment to summons

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Erin E. Meyer (SBN 274244)
Jonhatan A. Aragon (SBN 338756)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA  94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:25-cv-06248-BLF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                              *Server's signature*

                                                       _____
                                                              *Printed name and title*


                                                       _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT TO SUMMONS

### Case No. 5:25-cv-06248-BLF

Polly Kaiser, Acting Field Office Director
San Francisco Immigration and Customs Enforcement Office
630 Sansome Street, Room 590
San Francisco, CA 94111

Todd Lyons, Acting Director
United States Immigration and Customs Enforcement
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, D.C. 20528-0485

Kristi Noem, Secretary
U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, D.C. 20528-0485

Pamela Bondi, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, D.C. 20530-0001

Savith Iyengar, Assistant United States Attorney
Pamela T. Johan, Civil Division Chief
Craig Missakian, United States Attorney
Civil-Process Clerk
United States Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

3019003