CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7200
    Facsimile: 415-436-6748
    savith.iyengar@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAULA SOFIA RAMIREZ CLAVIJO,<br><br>    Petitioner,<br><br>  v.<br><br>POLLY KAISER, *et al.*,<br><br>    Respondents. | Case No. 5:25-cv-06248-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION**<br><br>**\*\* AS MODIFIED BY THE COURT\*\*** |

    Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, petitioner Paula Sofia Ramirez Clavijo and ("Petitioner") and respondents Polly Kaiser, Todd Lyons, Kristi Noem, and Pamela Bondi ("Respondents") hereby stipulate as follows:

    WHEREAS, on July 25, 2025, Petitioner filed a petition for writ of habeas corpus and motion for temporary restraining order ("TRO") (ECF Nos. 1–3);

    WHEREAS, on July 25, 2025, the Court entered an order granting Petitioner's *ex parte* TRO through August 8, 2025, pending further briefing and a hearing on this matter, with Respondents' response to Petitioner's motion due by July 31, 2025, at 12:00 p.m., and an in-person hearing scheduled for August 7, 2025, at 9:00 a.m. (ECF No. 10 ("Order"));

    WHEREAS, the parties have agreed to a proposed briefing and hearing schedule that would continue these dates by one (1) week;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Petitioner and Respondents, subject to the Court's approval, that:

- Respondents' response to Petitioner's motion will be due on August 7, 2025 at 12:00 p.m.;
- The in-person hearing will be rescheduled to August 14, 2025, at 9:00 a.m. or to another date thereafter that is convenient for the Court; and
- The Order shall be extended and remain in effect until August 15, 2025, or until the day following any rescheduled hearing date, whichever is later.

Respectfully submitted,

Dated: July 30, 2025

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Savith Iyengar*
SAVITH IYENGAR
Assistant United States Attorney

*Attorneys for Respondents*

Dated: July 30, 2025

KEKER, VAN NEST & PETERS LLP

***/s/ Jonhatan A. Aragon*
ERIN E. MEYER
JONHATAN A. ARAGON

*Attorneys for Petitioner*

** Pursuant to Civ. L.R. 5-1(i)(3), the filer of this document has obtained approval from this signatory.

**[PROPOSED]** ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

- Respondents' response to Petitioner's motion will be due on August 7, 2025 at 12:00 p.m.;

- The in-person hearing will be rescheduled to August 14, 2025, at 9:00 a.m. ~~or to another date thereafter that is convenient for the Court~~; and

- The Order shall be extended and remain in effect until August 15, 2025~~, or until the day following any rescheduled hearing date, whichever is later~~.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: July 30, 2025

_____
HON. BETH LABSON FREEMAN
United States District Judge