**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PAULA SOFIA RAMIREZ CLAVIJO,<br><br>Plaintiff,<br><br>v.<br><br>POLLY KAISER, et al.,<br><br>Defendants. | Case No. 25-cv-06248-BLF<br><br>**ORDER EXTENDING ORDER GRANTING PETITIONER'S EX PARTE TEMPORARY RESTRAINING ORDER AT ECF 10 UNTIL AUGUST 22, 2025** |

The Court EXTENDS the Order Granting Petitioner's *Ex Parte* Temporary Restraining Order at ECF 10 until August 22, 2025. *See* Fed. R. Civ. P. 65. Good cause exists to provide the Court with adequate time to receive and review Petitioner's reply brief and consider the arguments of the Parties.

**IT IS SO ORDERED.**

Dated: August 14, 2025

_____
BETH LABSON FREEMAN
United States District Judge