**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PAULA SOFIA RAMIREZ CLAVIJO, | Case No. 25-cv-06248-BLF |
| Plaintiff, | |
| v. | **JUDGMENT** |
| POLLY KAISER, et al., | |
| Defendants. | |

The petition for writ of habeas corpus having been granted, judgment is hereby entered for Petitioner Paula Sofia Ramriez Clavijo and against Respondents Sergio Albarran, David Venturella, Markwayne Mullin, and Todd Blanche.  IT IS HEREBY ORDERED that:

    a.  The petition for writ of habeas corpus is GRANTED.

    b.  Respondents are PERMANENTLY ENJOINED AND RESTRAINED from re-detaining Petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that Petitioner is a flight risk or danger to the community such that her physical custody is legally justified.

    c.  If Petitioner becomes subject to a final order of removal and Petitioner receives notice of such order, Respondents may detain Petitioner for the sole and limited purpose of executing removal pursuant to 8 U.S.C. 1231(a)(2)(A).  In such an event, Respondents SHALL provide a bond hearing in the timeframe required by law.

//

//

d.  The Clerk of the Court SHALL close the case.

**IT IS SO ORDERED.**

Dated:  July 31, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2